```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         COLUMBUS DIVISION
```

JONATHAN O. DUNLAP,            *

    Petitioner,            *

vs.                            *
                                        CASE NO. 4:19-CR-33 (CDL)
UNITED STATES OF AMERICA,      *

    Respondent.            *

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on December 16, 2021. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court, including the denial of a certificate of appealability.

    IT IS SO ORDERED, this 11th day of March, 2022.

                                                          S/Clay D. Land
                                                          CLAY D. LAND
                                                          U.S. DISTRICT COURT JUDGE
                                                          MIDDLE DISTRICT OF GEORGIA