```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | |
| JONATHAN O. DUNLAP, | * | CASE NO. 4:19-CR-33 (CDL) |
| Defendant. | * | |

## O R D E R

The Court previously adopted the United States Magistrate Judge's recommendation that Defendant's Rule 60(b) motion be denied. *See* Order (May 23, 2024), ECF No. 85. At the time, the Court had not received any objections from Defendant, so the Court reviewed the recommendation for clear error and found none. Defendant filed a motion for reconsideration (ECF No. 86), which is presently pending before the Court. Defendant asserts that although he timely objected to the Magistrate's recommendation, the Court did not receive his objections. The Court has now received the objections (ECF No. 87). Defendant's motion for reconsideration (ECF No. 86) is granted to the extent that the Court VACATES its previous order adopting the Magistrate's recommendation (ECF No. 85) and substitutes this order in its place.

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on

April 15, 2024 is hereby approved, adopted, and made the Order of the Court. The Court considered Defendant's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 27th day of June, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
